UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE DERUYTER AND SONS DAIRY, L.L.C,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY VAN WYHE and JANE DOE VAN WYHE, husband and wife and their marital Community thereof; WAYNE VAN WYHE and JANE DOE VAN WYHE, husband and wife and the marital community thereof,<br><br>Defendants. | NO. CV-10-3014-RHW<br><br>**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

Before the Court is Plaintiffs' Motion for Entry of Default Judgment (Ct. Rec. 8). The motion was heard without oral argument.

On June 22, 2010, upon Plaintiffs' motion, the Clerk of Court entered default judgment against Defendants for failing to appear. Plaintiffs now move the Court to enter default judgment in favor of Plaintiffs and against Defendants. Defendants having failed to appear, the Court finds that good cause exists to grant the motion. *See Wilson v. Moore & Associates, Inc.*, 564 F.2d 366, 368-69 (1977) ("No party in default is entitled to 55(b)(2) notice unless he has 'appeared' in the action.").

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Entry of Default Judgment (Ct. Rec. 8) is

**ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT JUDGMENT ~ 1**

**GRANTED**.

2. The District Court Executive is directed to enter judgment in favor of Plaintiffs and against Defendants, in the amount of $82,125.00 in principal, and $2,839.50 (taxable costs and attorney's fees); pre-judgment interest at the rate of twelve percent (12%) per annum on the principal amount from August 21, 2009 to date of judgment; post-judgment interest at the rate of twelve percent (12%) per annum from the date of judgment until said judgment is satisfied in full; attorney's fees and costs shall bear interest at the rate of 12% annum from date of judgment.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 16th day of September, 2010.

<i>s/Robert H. Whaley</i><br>
ROBERT H. WHALEY<br>
United States District Judge

Q:\CIVIL\2010\DeRuyter and Sons Dairy\showcause.wpd

**ORDER GRANTING
MOTION FOR ENTRY OF DEFAULT JUDGMENT ~ 2**